# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Marathon Petroleum Company, LLC,        03cv3113      (JNE/SRN)

        Plaintiff,

v.                                      **ORDER FOR DISMISSAL**

Stephen Gilbertson,

        Defendant.

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** That this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement, or to seek enforcement of the settlement terms.

DATED: February 28, 2006.

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN,  Judge
                                                United States District Court